Naomi Dunsbach, Respondent, *v.* William H. Hollister, Appellant.

(Submitted April 21, 1892; decided May 6, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 1, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*Doyle & Fitts* for appellant.

*J. F. Crawford* for respondent.

Agree to affirm; no opinion.
All concur, except Landon, J., not sitting.
Judgment affirmed.

---

William Wills, Appellant, *v.* The Union Bottling Company, Respondent.

(Argued April 21, 1892; decided May 6, 1892.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 27, 1890, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*N. E. Warren* for appellant.

*Andrew Dutcher* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.